■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAMONT JONES, Also Known as JAMIE JONES, Appellant. [982 NYS2d 748]—Judgment of resentence, Supreme Court, New York County (Edward J. McLaughlin, J.), rendered June 19, 2012, as amended on July 6, 2012 and on August 17, 2012, resentencing defendant, as a second felony offender, to an aggregate term of 20 years, with five years' postrelease supervision, unanimously affirmed.

The resentencing proceeding imposing a term of postrelease supervision was neither barred by double jeopardy nor otherwise unlawful (*see People v Lingle*, 16 NY3d 621 [2011]). Concur—Tom, J.P., Friedman, Sweeny, Saxe and Freedman, JJ.